**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FRANK GARRIDO, on behalf of himself and others similarly situated, : : | No. 9:21-cv-81650-RAR |
| Plaintiff, : : | **CLASS ACTION** |
| v. : : | |
| SMARTMATCH INSURANCE AGENCY, LLC and ASSURE MEDIA, LLC, : : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL**

Plaintiff Frank Garrido and Defendants Smartmatch Insurance Agency, LLC and Assure Media, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: November 30, 2021

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*

/s/ Ashley Wydro
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277

SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant,*
*Smartmatch Insurance Agency, LLC*

/s/ *Ruben E. Socarras*
Ruben E. Socarras - Fla. Bar No. 712256
rsocarras@cslawfl.com
CHANE SOCARRAS, PLLC
327 Plaza Real Blvd., Suite 217
Boca Raton, Florida 33432
Telephone: 561.609.3190
Facsimile:  561.708.6616
*Attorneys for Defendant, Assure Media, LLC*