## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-81650-RAR

**FRANK GARRIDO**,

    Plaintiff,

v.

**SMARTMATCH INSURANCE
AGENCY, LLC**, *et al.*,

    Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal [ECF No. 24],

filed on November 30, 2021.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*

with each party to bear their own costs, fees, and expenses.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**